Peter K. MUKURIA, Plaintiff-Appellant,

v.

Harold CLARKE, Head Director of VDOC; Randall Mathena, Warden; Red Onion State Prison; David Robinson, Chief of Corrections Operation; Gerald Keith Washington, Regional Operations Chief; Jeffrey Artrip, EBP Manager Red Onion State Prison; Dual Treatment Team, Red Onion State Prison, Defendants-Appellees.

No. 16-7371

United States Court of Appeals, Fourth Circuit.

Submitted: November 30, 2017

Decided: December 19, 2017

Peter K. Mukuria, Appellant Pro Se. Nancy Hull Davidson, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before NIEMEYER, DUNCAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter K. Mukuria appeals the district court's order granting summary judgment to Defendants on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mukuria v. Clarke*, No. 7:15-cv-00172-JPJ-RSB, 2016 WL 5396712 (W.D. Va. Sept. 27, 2016). We deny Mukuria's motions to appoint counsel and to file an exhibit. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*